IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CODY F. ELLERMAN,** | ) |
| Petitioner, | ) |
| vs. | ) Civil No.   13-cv-063-CJP |
| **J. S. WALTON** | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 35), the petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is dismissed with prejudice.

Judgment is entered in favor of respondent J. S. Walton, and against petitioner Cody F. Ellerman.

DATED:   January 10, 2014

**NANCY J. ROSENSTENGEL**

BY:   s/Brenda K. Lowe
**Deputy Clerk**


**Approved by s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**